# Court of Appeals
# of the State of Georgia

ATLANTA,  September 26, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0382.  CHARLIE L. MOORE v. THE STATE.**

In March 2007, Charlie L. Moore entered a negotiated guilty plea to aggravated battery and cruelty to children and was sentenced as a first offender to 20 years with the first 8 years to serve in confinement.  In August 2016, 10 years of Moore's probation was revoked.  In April 2018, Moore filed a pro se "Motion for Modification and to Expunge a Void Sentence," in which he raised several challenges to the revocation of his probation.  The trial court denied his motion, and Moore filed this direct appeal.  We, however, lack jurisdiction.

Because the underlying subject matter of Moore's appeal is the revocation of his first offender probation, he was required to file an application for discretionary appeal to obtain review in this Court.  See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997).  His failure to do so deprives us of jurisdiction over this appeal.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/26/2018*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*